**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CASE NO.: 13-CV-21963-MOORE/TORRES

UNITED STATES OF AMERICA,

Plaintiff,

v.

AMERICANA VILLAGE CONDOMINIUM ASSOCIATION, INC.,

Defendant.
_______________________________/

**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE REPLY**

The Defendant, Americana Village Condominium Association, Inc. ("Americana"), moves this court for an extension of time to file a Reply to Plaintiff's Response in Opposition to Defendant's Motion to Dismiss, and in support thereof states as follows:

1. On August 1, 2013, Plaintiff United States of America ("Plaintiff") filed a Response in Opposition to Americana's Motion to Dismiss (herein the "Response").

2. Americana's counsel requires additional time to prepare its Reply to the Response.

3. Americana requests an additional five (5) days from the due date, or up to and including August 13, 2013, to file its Reply. The extension of time is necessary because Susan H. Aprill, lead counsel for Americana, has been out of town and shall not return until the due date.

4. Plaintiff will not be prejudiced by the granting of Americana's motion for an extension.

5. Counsel for Americana contacted Plaintiff's counsel on August 6, 2013 regarding the extension, and Plaintiff's counsel stated that he had no objection to the granting of Americana's extension.

6. A proposed order concerning this motion is attached herein.

**WHEREFORE**, Americana respectfully requests the court grant it an extension of time of five (5) days, or up to and including August 13, 2013, to file its Reply to the Response, and for such other and further relief as the court deems just and proper.

**CERTIFICATE OF COMPLIANCE PURSUANT TO LOCAL RULE 7.1**

Pursuant to Local Rule 7.1, General Rules of the U.S. District Court, Southern District of Florida, counsel certifies that counsel to Americana has conferred with counsel for Plaintiff in a good faith effort to resolve the issues, and counsel for Plaintiff has indicated that he is in agreement with the relief sought in this motion.

Respectfully submitted this 7th day of August, 2013.

Respectfully submitted,

**s/. Robert R. Jimenez**
Susan H. Aprill
Fla. Bar No. 346934
Email: saprill@fowler-white.com
Robert R. Jimenez
Fla. Bar No. 72020
Email: rjimenez@fowler-white.com

FOWLER WHITE BURNETT, P.A.
Espirito Santo Plaza, Fourteenth Floor
1395 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 789-9200
Facsimile: (305) 789-9201

`

**[CERTIFICATE OF SERVICE AND SERVICE LIST ON NEXT PAGE]**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 7, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

**s/. Robert R. Jimenez**
Robert R. Jimenez

**SERVICE LIST**
**Case No.** 13-CV-21963 Moore/Torres

Adam Cervera
Becker & Poliakoff, P.A.
121 Alhambra Plaza, 10th Floor
Coral Gables, FL 33134
Tel: (305) 262-4433
Fax: (305) 442-2232
Email: ACervera@becker-poliakoff.com
Attorney for Plaintiff

Robert E. Paige
Paige Law Group, P.A.
9500 South Dadeland Boulevard
Suite 550
Miami, FL 33156
Tel: (305) 670-0020
Fax: (305) 670-0022
Email: rep@paigelawgroup.com
State court counsel for Defendant

**[PROPOSED ORDER ON NEXT PAGE]**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CASE NO.: 13-CV-21963-MOORE/TORRES

UNITED STATES OF AMERICA,

Plaintiff,

v.

AMERICANA VILLAGE CONDOMINIUM ASSOCIATION, INC.,

Defendant.
_______________________________/

**ORDER ON DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE REPLY**

This matter came before the Court on the Defendant's Motion For Extension of Time to file a Reply to Plaintiff's Response in Opposition to Defendant's Motion to Dismiss, and the Court, having reviewed the pleadings and Motion, hereby Orders that Defendant's Motion is **GRANTED**.

IT IS FURTHER ORDERED that Defendant shall have until August 13, 2013 to file its Reply to Plaintiff's Response.

IT IS SO ORDERED.

Signed this ____ day of August, 2013.

_______________________________
MICHAEL K. MOORE
UNITED STATES DISTRICT JUDGE